

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00097-CV

| | | |
|---|---|---|
| ESTATE OF MICHAEL LYNN LUCE, DECEASED | § | On Appeal from |
| | § | County Court at Law No. 2 |
| | § | of Parker County (CIV-16-0132) |
| | § | November 15, 2018 |
| | § | Opinion by Justice Kerr |
| | § | Dissent by Justice Meier (to follow) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the part of the trial court's March 7, 2017 order modifying the trial court's December 22, 2016 judgment by setting aside the jury's good-faith-and-with-just-cause finding against Appellant/Cross-Appellee GayeLynne Luce and awarding her an unspecified amount of attorney's fees. We affirm the remainder of the trial court's March 7, 2017 order. We reverse the trial

court's October 30, 2017 order awarding GayeLynne Luce $199,653.66 in attorney's fees and expenses. We affirm the trial court's October 27, 2017 and October 31, 2017 orders denying Tina Poole's request for attorney's fees and expenses as the executor designated in the 2015 will. We affirm the trial court's December 22, 2016 judgment.

We tax appellate costs against Appellant/Cross-Appellee GayeLynne Luce.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr